UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CYNTHIA BROOKINS,**

   Plaintiff,

v.   No. 4:23-cv-00744-P

**PETER P. BUTTIGIEG, U.S.**
**SECRETARY OF TRANSPORTATION,**

   Defendant.

## FINAL JUDGMENT

This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order (ECF No. 37), it is **ORDERED** that this suit is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **9th day of August 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE